# EXHIBIT 1

UNN SC 000694-19  08/06/2019  Pg 1 of 3  Trans ID: SCP20191805346

## SMALL CLAIMS SUMMONS AND RETURN OF SERVICE – PAGE 2

RECEIVED/FILED

NOTICE: This is a public document, which means the document as submitted will be available to the public upon request. Therefore, do not enter personal identifiers on it, such as Social Security number, driver's license number, vehicle plate number, insurance policy number, active financial account number, or active credit card number.

**Plaintiff or Plaintiff's Attorney Information:**
Name: SHAUN GOURDINE
NJ Attorney ID Number
Address: 336 FULTON ST, ELIZABETH, NJ 07206

Phone: (310)-714-2046  ext.

SHAUN GOURDINE
Plaintiff(s)

versus

SYNCHRONY BANK/FRAUD UNIT
Defendant(s)

**Defendant Information:**
Name: SYNCHRONY BANK/FRAUD UNIT
Address: P.O. BOX 8726, DAYTON, NJ OH 45482-0278

Phone: (877)-294-7880  ext.

BATCH # 286  DATE FILED 8-5-19
MO/CHECK/CASH/RECEIPT# 11276  AMT 42.00
OVP _____

CIVIL PART
COURT
**SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART**

Union                    COUNTY
2 BROAD ST, ELIZABETH, NJ 07201

(908)-787-1650  ext.

Docket Number: SC 694-19
(to be provided by the court)

**Civil Action
SUMMONS**

(Check one):   ☐ Contract   ☒ Tort

| | |
|---|---|
| Demand Amount: | $ 3,000.00 |
| Filing Fee: | $ 40.00 |
| Service Fee: | $ 14.00 |
| Attorney's Fees: | $ |
| TOTAL: | $ 3,054.00 |

YOU MUST APPEAR IN COURT ON THIS DATE 8/27/19  AND TIME 9  ☒ a.m. ☐ p.m.
OR THE COURT MAY RULE AGAINST YOU.
REPORT TO: Crt Rm 3A, 3rd fl Hd Rnney

**RETURN OF SERVICE** (For Court Use Only)
Date Served: 8/8/19

### RETURN OF SERVICE IF SERVED BY COURT OFFICER

Docket Number _____
Date: ____ Time: ____ WM ____ WF ____ BM ____ BF ____ OTHER ____
HT ____ WT ____ AGE ____ HAIR ____ MUSTACHE ____ BEARD ____ GLASSES ____
NAME: _____ RELATIONSHIP: _____
Description of Premises

I hereby certify the above to be true and accurate:

Special Civil Part Officer



## SMALL CLAIMS SUMMONS AND RETURN OF SERVICE



### THE SUPERIOR COURT OF NEW JERSEY
### Law Division, Special Civil Part
### SMALL CLAIMS SUMMONS

### YOU ARE BEING SUED!
**IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THIS CASE, YOU MUST APPEAR IN COURT. IF YOU DO NOT, THE COURT MAY RULE AGAINST YOU. READ ALL OF THIS PAGE AND THE NEXT PAGE FOR DETAILS.**

In the attached complaint, the person suing you (who is called *the plaintiff*) briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. You are cautioned that if you do not come to court on the trial date to answer the complaint, you may lose the case automatically, and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment and the judgment is valid for 20 years.

**You can do one or more of the following things:**

1. *Come to court to answer the complaint.* You do not have to file a written answer, but if you dispute the complaint and want the court to hear your side of the case, you must appear in court on the date and at the time noted on the next page.

### AND/OR

2. *Resolve the dispute.* You may wish to contact the plaintiff's lawyer, or the plaintiff if the plaintiff does not have a lawyer, to resolve this dispute. **You do not have to do this unless you want to.** This may avoid the entry of a judgment and the plaintiff may agree to accept payment arrangements, which is something that cannot be forced by the court. You will have to appear in court on the trial date unless a written agreement is reached and filed with the court.

### AND/OR

3. *Get a lawyer.* If you cannot afford to pay for a lawyer, free legal advice may be available by contacting Legal Services at **908-354-4340**. If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at **908-353-4715**.

If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

La traducción al español se encuentra al dorso de esta página.

Michelle M. Smith, Esq.
Clerk of Superior Court
Clerk of the Special Civil Part



### EL TRIBUNAL SUPERIOR DE NUEVA JERSEY
### División de Derecho, Parte Civil Especial
### NOTIFICACIÓN DE DEMANDA DE RECLAMACIONES MENORES

## ¡LE ESTÁN HACIENDO JUICIO!
SI UD. QUIERE QUE EL TRIBUNAL VEA SU VERSIÓN DE ESTA CAUSA TIENE QUE COMPARECER EN EL TRIBUNAL. SI NO COMPARECE, PUEDE SER QUE EL TRIBUNAL DICTAMINE EN SU CONTRA. PARA LOS DETALLES, LEA TODA ESTA PÁGINA Y LA QUE SIGUE.

En la demanda adjunta, la persona que le está haciendo juicio (que se llama *el demandante*) da al juez su versión breve de los hechos del caso y la suma de dinero que alega que Ud. le debe. Se le advierte que si Ud. no viene al tribunal en la fecha del juicio, es posible que pierda la causa automáticamente y el tribunal puede dar al demandante lo que pide más intereses y costas. Si se registra una decisión en contra de Ud., un Oficial de la Parte Civil (Special Civil Part Officer) puede embargar su dinero, salario o bienes muebles para pagar toda o parte de la adjudicación y la adjudicación tiene 20 años de vigencia.

**Usted puede escoger entre las siguientes opciones:**

1. *Venir al tribunal para contestar la demanda* No hace falta que presente una contestación escrita, pero si Ud. disputa la demanda y quiere que el juez vea su versión de la causa, tiene que comparecer en el tribunal en la fecha y a la hora notadas en la página que sigue.

**ADEMÁS, O DE LO CONTRARIO, USTED PUEDE**

2. *Resolver la disputa* Ud. posiblemente quiera comunicarse con el abogado del demandante, o el demandante si el demandante no tiene abogado, para resolver esta disputa. No tiene que hacerlo si no quiere. Esto puede evitar que se registre una adjudicación y puede ser que el demandante esté de acuerdo con aceptar un convenio de pago lo cual es algo que el juez no puede imponer. Tendrá que comparecer en el tribunal en la fecha del juicio a menos que se llegue a un acuerdo escrito que se registra en el tribunal.

**ADEMÁS, O DE LO CONTRARIO, USTED PUEDE**

3. *Conseguir un abogado* Si Ud. no tiene dinero para pagar a un abogado, es posible que pueda recibir consejos legales gratuitos si se comunica con Servicios Legales (Legal Services) al **908-354-4340**. Si tiene dinero para pagar a un abogado pero no conoce ninguno puede llamar a Servicios de Recomendación de Abogados (Lawyer Referral Services) del Colegio de Abogados (Bar Association) de su condado local al _____ **908-353-4715**.

Si necesita un intérprete o alguna acomodación para un impedimento, tiene que notificárselo inmediatamente al tribunal.

Michelle M. Smith, Esq.
Secretaria de Superior Court Especial / Clerk of Superior Court



## SMALL CLAIMS COMPLAINT (Contract, Security Deposit, Rent, or Tort)

NOTICE: This is a public document, which means the document as submitted will be available to the public upon request. Therefore, do not enter personal identifiers on it, such as Social Security number, driver's license number, vehicle plate number, insurance policy number, active financial account number, or active credit card number.

**Plaintiff or Filing Attorney Information:**

Name SHAUN GOURDINE

NJ Attorney ID Number
Address 336 FULTON ST, ELIZABETH, NJ 07206

Telephone Number (310)-714-2046 ext.

**From Plaintiff**
Name SHAUN GOURDINE
Address 336 FULTON ST, ELIZABETH, NJ 07206

Telephone Number (310)-714-2046 ext.

**To Defendant**
Name SYNCHRONY BANK/FRAUD UNIT
Address P.O. BOX 8726, DAYTON, OH 45482-0278

Telephone Number (877)-294-7880 ext.

**Superior Court of New Jersey**
**Law Division, Special Civil Part**
**Small Claims Section**
Union County
Docket No: SC 694-19
(to be provided by the court)

Civil Action
**Complaint**

**Check One:**
☐ Contract
☐ Security Deposit
☐ Rent
■ Personal Injury or Property Damage (other than motor vehicle)

## COMPLAINT

Demand: $3,000.00 plus costs. Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): Attach additional sheets if necessary.

DEFENDANT CAUSED PLAINTIFF THE SAME PERSONAL INJURY AS IN SELLERS v. BUREAU of PRISONS 959 F 2d 307 (D.C. Cir 1992) BY MAINTAINING AND PROVIDING THE PUBLIC WITH INCORRECT INFORMATION ABOUT PLAINTIFF CREDIT FILE AND REFUSE TO UPDATE AND CORRECT IT (please review procedural history) THANK YOU.

**IMPORTANT:** Plaintiffs and defendants must bring all witnesses, photos, and documents, and other evidence to the hearing. Subpoena forms are available at the Clerk's office to require the attendance of witnesses.

At the trial Plaintiff will require:
An interpreter          ☐ Yes  ■ No   Indicate Language n/a
An accommodation for disability  ☐ Yes  ■ No   Indicate Disability n/a

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

7/20/2019
Date

Plaintiff's Signature

SHAUN GOURDINE
Plaintiff's Name Typed, Stamped or Printed



## PROCEDURAL HISTORY

SHAUN GOURDINE vs. SYNCB/WALMART

JUNE 19, 2019 DEFENDANT PROVIDED THE PUBLIC AND CREDIT BUREAU'S WITH NEGATIVE INFORMATION STATING PLAINTIFF HAD AN OPEN COLLECTION ACCOUNT # 603220 TOTALING THE AMOUNT OF $2,349.00 WITH THEM. DEFENDANT FAIL TO PROVIDE THE EXECUTED CONTRACT SIGNED BY PLAINTIFF. PLAINTIFF CONTACTED DEFENDANT ON NUMEROUS OCASSIONS AND DEFENDANT FAILTO STOP REPORTING THIS NEGAVTIVE INFORMATION OR STOP BILLING PLAINTIFF FOR THIS COLLECTION ACCOUNT.

## RELIEF SOUGHT

1. ORDER DEFENDANT TO ISSUE A LETTER STATING THEIR NEGATIVE SUBMISSIONS ABOUT PLAINTIFF FAILING TO PAY THEM $2,349.00 ACCOUNT # 603220 WAS AN ERROR AND MUST BE REMOVED FROM PLAINTIFF CREDIT REPORT.

2. ORDER DEFENDANT TO PAY PLAINTIFF $3,000.00 FOR INJURIES THEY CAUSED PLAINTIFF TO SUFFER, PLAINTIFF WAS HARRASSED AND EMBARRASSED BY DEFENDANT.

3. ORDER DEFENDANT TO REIMBURSE DEFENDANT OF ALL FILING FEES AND COURT COST.

JULY 20, 2019                    *Shaun Gourdine* [signature]

PERSONAL AND CONFIDENTIAL
PO Box 10354
Des Moines, IA 50306-0354

00247

72525-27A
Shaun Gourdine
225 2ND ST APT 408
Elizabeth NJ 07206-1937

NCI ID: 16208123630

AMOUNT ENCLOSED:

24-hour account access: myaccount.ncirm.com
○ Change of address: Print New Address on Back

REMIT TO:
NATIONWIDE CREDIT, INC.
PO Box 14581
Des Moines IA 50306-3581

01 16208123630 4

*** Please See Reverse Side of This Letter for Important Consumer Information ***

**Nationwide Credit, Inc.**
PO Box 14581
Des Moines, IA 50306-3581
Monday-Friday 10:00 am-6:00pm ET
1-877-628-1666
myaccount.ncirm.com

Your outstanding balance with the above referenced creditor has been referred to Nationwide Credit, Inc. for collection. The Account Balance as of the date of this letter is shown above. The following options are available to help you resolve this account:



Secure Online Portal: myaccount.ncirm.com is available 24 hours a day to make or reschedule a payment, manage your account and more!

Pay by Mail: Send a check or money order payable to Nationwide Credit, Inc. to:
PO Box 14581 Des Moines, IA 50306-3581
Reference your NCI ID on your check or money order

myaccount.ncirm.com



U.S. POSTAGE >> PITNEY BOWES
ZIP 08628 $ 005.60
02 1W
0001404285 AUG 08 2019

**CERTIFIED MAIL**

USPS CERTIFIED MAIL™

9214 8969 0117 0400 0001 2315 18

UNNSC00069419
Union Civil Div.
2 Broad St., Third Floor
Elizabeth, NJ 07207



RECEIVED
AUG 12 2019
Kettering, OH
Mail Center



45401$8726 B050

00475 05
SYNCHRONY BANK FRAUD UNIT
PO BOX 8726
DAYTON OH 45482-0278